Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael D. Murphy
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA  98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 3 2024

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                Plaintiff,

      v.

JASON ALEXANDER LOGIE,

                Defendant.

1:24-CR-2059-SAB

INDICTMENT

Vio:  18 U.S.C. §§ 1153, 1111
       Second Degree Murder

The Grand Jury charges:

On or about September 9, 2023, within the exterior boundaries of the

Yakama Nation, in Indian Country, in the Eastern District of Washington, the

//

//

//

INDICTMENT – 1

1  Defendant, JASON ALEXANDER LOGIE, an Indian, unlawfully killed B.H., with

2  malice aforethought, all in violation of 18 U.S.C. §§ 1153, 1111.

3

4      DATED this __13__ day of August, 2024.

5

6                                    A TRUE BILL

7

8

9                                    Foreperson

10

11

12  *Vanessa Waldref*
    Vanessa R. Waldref
13  United States Attorney

14

15  *Michael D. Murphy*
16  Michael D. Murphy
    Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT – 2