FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 20 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-CR-02059-SAB |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| JASON ALEXANDER LOGIE, | |
| Defendant. | |

1.  WE, THE JURY in the above-captioned case, find the defendant,

JASON ALEXANDER LOGIE, ___Guilty___

((Guilty) / Not Guilty)

of the offense of Second Degree Murder in violation of 18 U.S.C. §§ 1153, 1111, as charged in the Indictment.

**If you find the Defendant not guilty in Question No. 1 OR if you cannot reach a unanimous verdict as to Question No. 1, proceed to Question No. 2.**

2.  WE, THE JURY in the above-captioned case, find the defendant,

JASON ALEXANDER LOGIE, _____

(Guilty / Not Guilty)

of the offense of Involuntary Manslaughter, as included in the charge in the Indictment.

**DATED** this 20th day of August, 2025.

_____
PRESIDING JUROR