# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>-vs-<br><br>JASON ALEXANDER LOGIE,<br><br>Defendant. | Case No.    1:24-CR-2059-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:    NOVEMBER 18, 2025<br><br>LOCATION:    YAKIMA, WA<br><br>SENTENCING HEARING |

| **Chief Judge Stanley A. Bastian** | | | |
|---|---|---|---|
| Michelle Fox | 03 | | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Michael Murphy<br>Courtney Pratten | | Ulvar Klein | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** | | | |

[ X ] Open Court         [  ] Chambers         [  ] Telecon

Defendant present with counsel and in custody of the US Marshal.

Court addresses the gallery on conduct.

Court outlines the case. Defendant was found guilty by a jury. Court summarizes maximum penalties and guidelines. Court has reviewed all of the materials submitted and presentence report. 36, II, 210-262 months.

U. Klein addresses the Court regarding calculations.

M. Murphy presents argument regarding objections. Paragraphs 16, 17, 27 on acceptance of responsibility.
    U. Klein presents argument.
        Court grants objection. Will not give acceptance of responsibility. Change the reduction in 2. Court directs probation to change the reduction. Calculation should be 38, II, 262-327 months.

Court understands there are several individuals to speak.

Sarah Hancock speaks to the Court.

**[ X ]  ORDER FORTHCOMING**

| CONVENED:   1:30 P.M. | ADJOURNED: 3:10 P.M. | TIME:   1 HR. 40 MIN. | CALENDARED       [ X ] |
|---|---|---|---|

USA -vs- J. Logie  
1:24-CR-2059-SAB-1  
Sentencing Hearing

November 18, 2025  
Page 2

Cynthia Rice speaks to the Court.

Janele Hancock speaks to the Court.

Mike Hancock speaks to the Court.

Albert Squeaochs speaks to the Court.

Phyllis Miller Littlebull speaks to the Court.

Espoke Jim speaks to the Court.

Steven Griff speaks to the Court.

Ezra Stewart Jim speaks to the Court.

M. Murphy presents argument and outlines recommendations. Upward variance to 405 months. Requesting 60 days to finalize restitution.

U. Klein presents argument and outlines recommendations. Variance to 66 months. Credit for Indian sentence so adjust by 1 year.

Court speaks to the defendant.

Defendant speaks to the Court.

Court speaks to the defendant. Court outlines the 3553 factors.

Imprisonment:   405 months.  Credit for time served back to Sept 9, 2023.

Supervised Release:   5 years.   With all the standard conditions and the following special conditions:

1. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

2. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

3. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

4. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

*USA -vs- J. Logie*                                                      November 18, 2025
1:24-CR-2059-SAB-1                                                       Page 3
Sentencing Hearing

Court asks if defendant agrees to all conditions and does he waive the reading of the conditions.
    U. Klein states his client does waive the reading of the conditions.

SPA:  $100.00.

Fine:  Waived.

Restitution:  to be determined.  Continue for 60 days.

Right to appeal administered.